IRVING KISS, Appellant, Respondent, v. ETHEL KISS, Respondent, Appellant. — Plaintiff sues for an absolute divorce and defendant counterclaims for divorce and separation. Plaintiff appeals from an order dated May 11, 1939, granting defendant's motion for discovery and inspection, and from an order dated June 23, 1939, resettling said order. Defendant cross-appeals from part of order as resettled. Resettled order granting defendant's motion for a discovery and inspection reversed on the law, without costs, and motion denied, without costs. Appeal from order dated May 11, 1939, dismissed, without costs. It was an improper exercise of discretion for the Special Term to direct that the plaintiff permit a discovery and inspection of certain recordings made by a radio and sound expert of conversations had between the defendant and the alleged corespondent on the date when the adultery is alleged to have been committed and at other times. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur. [See post, p. 741.]

LOUIS A. KISSLING, CLARKSON E. LORD and CLARENCE O. PETERSON, as Trustees of the COMMUNITY RECOVERY FUND under and by Virtue of a Certain Trust Indenture Dated July 3, 1934, Appellants, v. DAVID SKOLKIN and Others, Defendants, and THE WILLSON & ADAMS COMPANY, Respondent.— Action to foreclose a mortgage and enforce liability upon a collateral guaranty bond. Order denying plaintiffs' motion to strike out the second defense in the amended answer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston and Adel, JJ., concur; Taylor, J., not voting.

MORTGAGE COMMISSION REALTY CORPORATION (a Subsidiary of the MORTGAGE COMMISSION OF THE STATE OF NEW YORK), as Trustee for Certificate Holders of Guaranty No. 185,978 of the BOND AND MORTGAGE GUARANTEE COMPANY, Respondent, v. COLUMBIA HEIGHTS GARAGE CORPORATION, Appellant, and GEORGE B. CHADWICK, Defendant.— In an action to reforeclose a mortgage, judgment of foreclosure and sale unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ. [169 Misc. 618.]

NEW YORK LIFE INSURANCE COMPANY, Plaintiff, v. ICAROS REALTY CORPORATION and Others, Defendants. In the Matter of the Application of GUS LOIZOS of 2420 27th Street, Astoria, Long Island, Appellant, for Leave to Institute Suit against JOHN W. DOLAN, JR., as Receiver, Respondent.— Order denying motion for leave to sue receiver affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.